State of Mississippi
County of Sunflower

## AFFIDAVIT

Personally came and appeared before me, a Notary Public, in and for the aforesaid State and County, Cornelius Cox, Investigator I for the Administrative Remedy Program, at Mississippi Department of Corrections, who by me first duly sworn under oath as follows:

1. That I am an adult citizen of the State of Mississippi, County of Sunflower.

2. That I am the Investigator I for the Administrative Remedy Program (ARP) for Mississippi Department of Corrections.

3. That Offender Oscar Roby, #108284, did attempt to file two grievances concerning conflicts with staff: (See attachment)

4. That ARP sent two letters to request that the Relief Sought" be correct due to requests not being grantable by the ARP Department's Grievance Policy- 20.08.01.

5. That ARP received no corrections to these request from Offender Oscar Roby, #108284.

_Cornelius Cox_
Cornelius Cox
Investigator I of ARP

SWORN AND SUBSCRIBED before me, this the 25th day of February 2025.

NOTARY PUBLIC _Jacqueline Morgo_
My Commission Expires: Oct 30, 2027

EXHIBIT A



**STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
BURL CAIN
COMMISSIONER**

Superintendent
Mississippi State Penitentiary

Post Office Box 609
Parchman, Mississippi 38738
(662)745-6611

September 27, 2023

Inmate: Oscar Roby #108284
Unit: 29L

RE: YOUR REQUEST FOR ADMINISTRATIVE REMEDY:

Your request for administrative remedy has been received by this office and is being returned for the following reason(s):

_____X_____ (1) **Your "Relief" is unclear.** You must be more specific in your relief.

_____ (2) You did not specify a relief. "Relief Sought".

NOTE: To file a lawsuit you must request a relief first grantable by ARP concerning your matter.

Sincerely,

*J. Morgan*
J. Morgan, Inv. II ARP
Administrative Remedy Program

JM/

Pc: File

301 NORTH LAMAR STREET· JACKSON, MISSISSIPPI 39201
PHONE: (601)359-5600 · FAX: (601)359-5624

EXHIBIT A

To:) A.R.P
Inmate; Oscar Roby (#) 108284
Date:) 9-20-23

Reason;) A.R.P Process Filed Complaint / (Assault)
"A.R.P"

on the above Date; As I Inmate Oscar Roby #108284 was coming back into the zone on which I was housed in at the time from after seeing the Case Manager, had been assaulted by another Inmate with a (Lock) as I was restrainted in Handcuffs behind my Back. The security officers who's job is to secure me & my wellbeing let me be Assaulted. In the very first was never supposed, You can reveiw the Cameras and you'll see the entire Incident taking place from begining to END. Now as I was Assaulted while in Restraints I'm Going through my legal Channels complete this Process And File a (CIVILSUIT) I Would like For you all too send all The proper paperwork I'll Need to Fill out send the courts for process of the (CIVILSUIT/LAWSUIT). E.O.R

Relief Requested; My only Relief is to
FILE A (LAWSUIT/CIVILSUIT).

EXHIBIT A



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

Superintendent
Mississippi State Penitentiary

Post Office Box 609
Parchman, Mississippi 38738
(662)745-6611

October 25, 2023

Inmate: **Oscar Roby #108284**
Unit:   29A

RE:  HOW TO ENTER THE ARP PROCESS: ✗2

It is suggested that you use the following guidelines as a checklist before resubmitting your "ARP" to ensure your request is accepted and handled by the Administrative Remedy Program.

- ☐ (1) Send a letter to the Administrative Remedy Program Director, P.O. Box 609, Parchman, MS 38738. The letter should be as brief as possible. Present as many facts as possible to answer all questions (who, what, when, where, how). <u>You must send this letter through Inmate Legal Assistance Program. It will not be accepted by our office in the regular mail.</u>
- ☐ (2) The original letter must contain the phrase "This is a Request for Administrative Remedy" and must be signed in order to enter the ARP process. And ending with "Relief Sought."
- ☒ (3) Only one complaint/request will be accepted. If your letter contains more than one complaint/request, it will be rejected.
- ☐ (4) The Administrative Remedy Program does not accept petitions or filing on behalf of another inmate(s). A single complaint must be filed by each individual inmate.
- ☐ (5) Make a copy of your letter and retain it for your records. You will not receive your original letter back and the ARP is not responsible for furnishing a copy to other parties.
- ☒ (6) The ARP does not handle grievances requesting staff members and/or inmates be disciplined/reprimanded, charges be filed terminated, held responsible/ordered or be moved to another area and/or their duties. These matters cannot be addressed in ARP.
- ☐ (7) Any type of request for compensation will not be processed. The ARP does not have that authority. Compensation is an issue determined by the court and the ARP does not handle lawsuits or matters involving the court.

NOTE:

J. Morgan, ARP Inv. II
Administrative Remedy Program

JM/
PC: Inmate file

301 NORTH LAMAR STREET · JACKSON, MISSISSIPPI 39201
PHONE: (601)359-5600 · FAX: (601)359-5624

EXHIBIT A

MISSISSIPPI DEPARTMENT OF CORRECTIONS
ADMINESTRATIVE REMEDY PROGRAM

2020-0312-CRIC/1
CASE NUMBER

TO: A.R.P
FROM: Oscar Roby #108284
DATE: 10/10/23



THIS IS A REQUEST FOR ADMINISTATIVE REMEDY

On the above date sept.20,2023 I Oscar Roby #108284 was on my way to see the case manager, because I was new to the Building on my way to see the case manager an inmate told me in front of C/O ms, shorts that when I come back he was going to assoult me. this inmate was behind the door at the time he said this. When I was on my way back coming from seeing the case manager, and when I stepped on the zone. the inmate that was behind the door that said he was going to assoult me come from behind the door and assoulted me in headscuffs with a lock in a sack, and Knocked my teeth out my mouth.

Relief

I, Oscar Roby #108284 ask that my mouth be fixed, and that C/O ms shorts be fired for her nelegenc and allowing that inmate to assoult me After he told me in front of her, ms shorts that he was going to assoult me.

Oscar Roby
INMATE SIGNATURE

EXHIBIT A

Mississippi Department of Corrections
Administrative Remedy Program

To: A.R.P
From: Oscar Roby #108284
Date: 10-19-2023



This is a Request For Administrative Remedy

on the above date sept 20, 2023 I Oscar Roby #108284 was on my way to see the case managers, because I was new to the building on my way to see the case manager an inmate told me in front of C/o Ms. shorts that when I come back he was going to assault me this inmate was behind the door at the time he said this. when I was on my way back coming from seeing the case managers and when I stepped on the zone the inmate that was behind the door that said he was going to assault me come from behind the door and assoulted me in handcuffs with a lock in a sock and knocked teeth out my mouth.

### Relief

I Oscar Roby #108284 ask that my mouth be fixed and that C/o Ms. shorts be fired for her nelegence and allowing that inmate to assoult after he told me in front of her, Ms. shorts that he was going to assault me

EXHIBIT A

OFFENDER LOG:ROBY, OSCAR DERRELL Inmate ID:108284
Printed:10/17/2023 12:19 By:MCINTYRE, KATHRYN
For the period from:10/15/2023 12:18 to 10/17/2023 12:19
Log Type:LEGAL

10/17/2023 12:18 - MCINTYRE, KATHRYN - LEGAL (10/17/2023 12:19)

REQUEST REC'D 10-16-23  29 A
ALL ARP CORRESPONDENCE SHOULD BE PLACED IN THE ARP BOX LOCATED IN EACH BUILDING AT UNIT 29.

End of Log Entries

EXHIBIT A

*Mississippi Department of Corrections*
*Inmate Legal Assistance Program Request and Lawyer Identification Form*

I. Identification of Inmate: Name  Oscar Roby     Date 10-19-23
   MDOC# 108284   Unit 29   Zone A   Bed 25
   Custody Level: A B C D PC AS  Work Assignment & Hours _____

II. Identification of Your Lawyer: If you already have a lawyer, please identify your lawyer by name in this space: _____. If you cannot read and write, you may give your lawyer's name to an MDOC case manager. If you identify your lawyer, MDOC will allow you to meet with your lawyer.

III. Type of Legal Assistance Requested:
   a. Packet on Post-Conviction Collateral Relief
      1. ___ First Step (basic information on when and how to file)
      2. ___ Second Step (first step must be completed prior to this request)
   b. ___ 42 U.S.C.A. 1983 Form (designate Northern or Southern District)
         You must provide the nature of the complaint and have completed the ARP process
   c. ___ 28 U.S.C.A. 2254 Habeas Corpus Form (Northern or Southern District)
   d. ___ Need to review policy on _____
   e. ✓ ARP/ARP appeal to be mailed. **DEADLINE DATE** ~~10-15-23~~ 10-15-2023

**IN ORDER TO REQUEST SERVICES BELOW THIS LINE, YOU MUST PROVIDE THE CAUSE NUMBER OF YOUR ACTIVE CASE:** _____

   f. Conference because I cannot read or write: (Please provide a short description of your question) _____

   g. Conference because:
      1. I need clarification on a certain area of the law: _____
      2. My case has advanced to a point where I cannot proceed alone: (list last action taken) _____
      3. I need emergency assistance in meeting a deadline on (date) _____

   *(If you are requesting immediate access to the legal assistance program, prior to your regularly scheduled day, you must present paperwork verifying the deadline and inform your tower officer.)*

   h. Copy of Cited Case(s):
      1. _____
      2. _____
      3. _____
   i. Copy of Statute(s): _____
   j. Rules of Court: _____
   k. Supplies: Pen ____ Paper ____
   l. Copies (list document to be copied) _____
   m. Mail Services: _____
   n. Notary Services: (ID required) List document to be notarized: _____

By my signature affixed below, I acknowledge that MDOC Policy 20.01, effective 12/15/97, provides reasonable access of Inmates to the Courts which may be used to initiate legal actions pertaining to my Mississippi sentence and/or confinement within written prescribed security and conduct limits.

I understand that any disruptive behavior will result in my immediate removal from the Legal Assistance office. Further, I understand a rule violation report may be filed against me as a result of any disruptive behavior, use of profane language, or attempt to access legal assistance under false pretense.

I also understand that this form must be fully completed by me unless I am unable to write. However, all requests must be **signed** by the person who is requesting assistance.

Signed, this the __19__ day of __October__, 20_23_.

_____
Signature of Inmate

*MDOC Legal Assistance request form 2/2020*        S.O.P. 20.01.01/20.02.01

EXHIBIT A