IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OSCAR ROBY** **PLAINTIFF**

**v.** **No. 4:24CV21-JMV**

**MDOC, ET AL.** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion [25] by the defendant for summary judgment is **GRANTED**, and the instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the 17th day of October, 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE