**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**OSCAR ROBY**                                                                                    **PLAINTIFF**

**V.**                                                                                    **NO. 4:24-CV-21-JMV**

**Ms. SHORTS**                                                                                    **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO COMPLETE AND RETURN
*IN FORMA PAUPERIS* APPLICATION, AUTHORIZATION AND CERTIFICATE**

Plaintiff is a state prisoner proceeding *pro se*. Plaintiff has filed a notice of appeal challenging the final judgment in this 42 U.S.C. § 1983 case.

The court finds that the plaintiff has not submitted an application to appeal *in forma pauperis* status including statements of his assets, of his inability to prepay fees, and of his belief that he is entitled to redress, along with a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the instant motion. *See* 28 U.S.C. § 1915. Plaintiff will be provided the opportunity to submit a completed form in support of his request to appeal *in forma pauperis*. Therefore, it is

**ORDERED:**

That within 21 days Plaintiff is directed to fill out the enclosed application for *in forma pauperis* on appeal, complete the authorization for release and have the authorized officer responsible for overseeing his prison account fill out the certificate of account, and mail to the Clerk's Office.

Plaintiff is also warned that his failure to comply with the requirements of this order may lead to the dismissal of his lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for

failure to prosecute and for failure to comply with an order of the court.

THIS the 29th day of July, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**